IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01015-BNB

JOSEPH VIGIL, DOC # 115946,

    Plaintiff,

v.

EMILY BOND,
OC ALBONICO,
OC PIERCE,
CMRC ADMINISTRATION,
DEPT. OF CORRECTIONS,
CHAPLAIN ALLEN PAYNE,
BRETT YOUNGBLOOD, and
COMMUNITY EDUCATION CENTERS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Extension of Time," filed on May 20, 2010 (Doc. # 10) is DENIED as unnecessary. Plaintiff filed a certified copy of his prisoner's trust fund statement on May 20, 2010, and therefore, has already met the requirements set out in the Court's Order to Cure Deficiency. Plaintiff will be granted leave to proceed ***in forma pauperis*** by separate order.

    Plaintiff's "Motion to Compel," filed on May 20, 2010 (Doc. # 9) is DENIED as premature.

    Finally, Plaintiff's "Motion to Amend Names to Cure Deficiencies," filed on May 20, 2010 (Doc. # 8) is DENIED. Plaintiff may not add or subtract parties or claims to his Complaint by filing a motion; instead, he must file an Amended Complaint.

    Dated: May 24, 2010